CLASSIC THEATRE CORPORATION, Appellant, *v.* NATHAN L. AMSTER, Respondent, Impleaded with Another.

*Appeal — motion to dismiss appeal denied.*

Reported below, 212 App. Div. 812.
(Submitted May 4, 1925; decided May 12, 1925.)

MOTION to dismiss an appeal, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 2, 1925, unanimously affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

The motion was made upon the ground that application for leave to appeal was made in the Appellate Division after the time to make such application had expired.

*Walter S. Hilborn* for motion.
*Abraham H. Sarasohn* opposed.

Motion denied, with ten dollars costs.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES BUTLER, INC., Appellant, *v.* WALTER W. LAW, JR., et al., Constituting the State Tax Commission of the State of New York, Respondents.

*Tax — franchise tax — corporations — deduction from net income of large proportion thereof to pay to foreign corporation owning most of capital stock.*

People ex rel. *Butler, Inc.,* v. *Law,* 210 App. Div. 804, affirmed.
(Argued May 4, 1925; decided May 15, 1925.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 2, 1924, which unanimously confirmed on certiorari a determination of the State Tax Commission assessing a franchise tax against the relator for the year beginning November 1, 1919. The question was whether relator had the right to deduct from its net income ninety-five per cent thereof because of an agreement on its part to pay such percentage to a

foreign corporation owning ninety per cent of its capital stock.

*Herbert C. Smyth, William M. Butler* and *John H. Rogan* for appellant.

*Albert Ottinger, Attorney-General (C. T. Dawes* and *Wendell P. Brown* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND, J.

---

In the Matter of the Application of HENRIETTA VOGEL, Respondent, for an Order Canceling and Discharging of Record a Mortgage upon Real Property.

SCUDERI & TAIBBI, Appellants.

*Real property — mortgage — cancellation and discharge of record of mortgage on real property.*

*Matter of Vogel*, 212 App. Div. 838, affirmed.

(Submitted May 4, 1925; decided May 15, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 3, 1925, which reversed an order of Special Term denying a motion for an order canceling and discharging of record a mortgage upon real property and dispensing with the production of the original mortgage and granted said motion.

*Abraham Feinstein* and *Louis J. M. Druss* for appellants.

*Jacob R. Schiff* and *Samuel W. Dorfman* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, ANDREWS and LEHMAN, JJ. Dissenting: CRANE, J. Absent: POUND, J.